IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CLEVELAND JOHNSON, III,

      Appellant,

 v.

STATE OF FLORIDA,

      Appellee.

Case No.  5D22-438
LT Case No. 2019-CF-017256-O-A

_____/

Decision filed November 1, 2022

Appeal from the Circuit Court
for Orange County,
Mark S. Blechman, Judge.

Matthew J. Metz, Public Defender, and
Kathryn Rollison Radtke, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Deborah A. Chance, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

COHEN, TRAVER and WOZNIAK, JJ., concur.